UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 13-57-KKC

TRON ANDERSON,                                                                                          PETITIONER,

V.                                                      **ORDER**

J.C. HOLLAND,                                                                                             RESPONDENT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Magistrate Judge Edward B. Atkins report and recommendation for disposition of Tron Anderson's petition for writ of habeas corpus under 28 U.S.C. § 2254. Neither party has filed objections. Having reviewed the report and recommendation and the record, the court **ORDERS**:

(1) Judge Atkin's report and recommendation (R. 2) is **ADOPTED** as the opinion of the court.

(2) Anderson's petition for writ of habeas corpus (R.1) is **TRANSFERRED** to the United States District Court for the District of South Carolina for disposition on the merits and for the reasons set forth in the report and recommendation.

(3) This matter shall be **CLOSED** and **STRICKEN** from the court's active docket.

Dated this 25th day of April, 2013.



Signed By:
*Karen K. Caldwell*
United States District Judge